**SULAIMAN LAW GROUP, LTD.**
Alejandro E. Figueroa, Esq.
California Bar No. 332132
2500 S. Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Fax: (630) 575-8188
afigueroa@sulaimanlaw.com
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA JACKSON, THADDIEUS DULEY, MICHAEL S. RALLY, STEPHEN DAVIDSON, SHONTA MOORE, TERESA FLOWERS, CRYSTAL L. JACKSON, HEATHER REID and BRYCE O. LARSEN, on behalf of themselves and all others similarly situated,, <br><br> Plaintiffs, <br><br> v. <br><br> MIDLAND CREDIT MANAGEMENT, INC., <br><br> Defendant. | Case No. 3:21-cv-01278-AJB-BGS <br><br> **NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that YOLANDA JACKSON, MICHAEL S. RALLY, STEPHEN DAVIDSON, SHONTA MOORE, TERESA FLOWERS, CRYSTAL L. JACKSON, HEATHER REID and BRYCE O. LARSEN ("Plaintiffs"), hereby notifies the Court that Plaintiffs and Defendant, MIDLAND

1

CREDIT MANAGEMENT, INC., have reached a settlement as to individual claims in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties propose to file a dismissal with prejudice as to individual claims and without prejudice as to class claims within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Dated: October 11, 2021                                    Respectfully submitted,

                                                           *s/ Alejandro E. Figueroa*
                                                           Alejandro E. Figueroa, Esq.
                                                           California Bar No. 332132
                                                           2500 S. Highland Ave, Suite 200
                                                           Lombard, IL 60148
                                                           Telephone: (630) 575-8181
                                                           Fax: (630) 575-8188
                                                           afigueroa@sulaimanlaw.com
                                                           Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                                           */s/ Alejandro E. Figueroa*
                                                           Alejandro E. Figueroa

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28