**SULAIMAN LAW GROUP, LTD.**
Alejandro E. Figueroa, Esq.
California Bar No. 332132
2500 S. Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Fax: (630) 575-8188
alejandrof@sulaimanlaw.com
Counsel for Plaintiff

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA JACKSON, THADDIEUS DULEY, MICHAEL S. RALLY, STEPHEN DAVIDSON, SHONTA MOORE, TERESA FLOWERS, CRYSTAL L. JACKSON, HEATHER REID and BRYCE O. LARSEN, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>                    Defendant. | Case No. 3:21-cv-01278-AJB-BGS<br><br>**JOINT NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that YOLANDA JACKSON, MICHAEL S. RALLY, STEPHEN DAVIDSON, SHONTA MOORE, TERESA FLOWERS, CRYSTAL L. JACKSON, HEATHER REID and BRYCE O. LARSEN ("Plaintiffs"), hereby notifies the Court that Plaintiffs and Defendant, MIDLAND

1

1  CREDIT MANAGEMENT, INC., have reached a settlement as to individual claims

2

3  in this matter and are in the process of completing the final closing documents and

4  filing the dismissal. The Parties propose to file a dismissal with prejudice as to

5  individual claims and without prejudice as to class claims on or before December 13,

6

7  2021 and pray the Court to stay all proceedings until that time.

8  Dated: October 13, 2021                          Respectfully submitted,

9

10

11  *s/ Alejandro E. Figueroa*              *s/ Mei-Ying M. Imanaka*
Alejandro E. Figueroa, Esq.             Mei-Ying M. Imanaka [SBN 280472]

12  California Bar No. 332132               mimanaka@swsslaw.com
SULAIMAN LAW GROUP, LTD.        Thomas F. Landers [SBN 207335]

13  2500 S. Highland Ave, Suite 200         tlanders@swsslaw.com

14  Lombard, IL 60148                       SOLOMON WARD SEIDENWURM
Telephone: (630) 575-8181               & SMITH, LLP

15  Fax: (630) 575-8188                     401 B Street, Suite 1200

16  alejandrof@sulaimanlaw.com              San Diego, California 92101
Counsel for Plaintiff                   (t) 619.231.0303

17                                          (f) 619.231.4755

18                                          Attorneys for Defendant

19

20

21

22

23

24

25

26

27

28

2

1

2

## SIGNATURE CERTIFICATION

3

4

5

6

Pursuant to Section II(f)(4) of the Electronic Case Filing Administrative Policies and Procedures for the United States District Court for the Southern District of California, I hereby certify that the content of this document is acceptable to Mei-Ying M. Imanaka, counsel for Midland Credit Management, Inc., and that I have obtained Mei-Ying M. Imanaka authorization to affix her electronic signature to this document.

7

8

*s/ Alejandro E. Figueroa*
Alejandro E. Figueroa

9

10

11

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

12

13

14

*/s/ Alejandro E. Figueroa*
Alejandro E. Figueroa

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1